UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   20-80 |
| VERSUS | SECTION "I" |
| TANYA GIVENS<br>DAKOTA DIGGS<br>BERNELL GALE | VIOLATION: 18 U.S.C. § 371 |

### RE-NOTICE OF SENTENCING

Take Notice that this criminal case has been reset for **SENTENCING** on **MARCH 1, 2023** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:   December 12, 2022

TO:

Tanya Givens           **(BOND)**
Bernell Gale            **(BOND)**
Dakota Diggs          **(BOND)**

**If you change address, notify clerk of court by phone, 589-7752**

CAROL MICHEL, CLERK

Issued by:   Bridget Gregory, Deputy Clerk

AUSA: Brian M. Klebba, Maria M. Carboni, Brandon Long, Edward J. Rivera

U.S. Marshal
U.S. Probation Office
U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER:   **NONE**

**Counsel for Tanya Givens:**
James S. Holt
4720 North Blvd.
Baton Rouge, LA 70806
Email: holtlawfirm@yahoo.com


**Counsel for Dakota Diggs:**
Kerry P. Cuccia
3606 Canal Street
New Orleans, LA 70119
Email: kerryc@capitald.org


**Counsel for Bernell Gale:**
D. Majeeda Snead
4911 Wright Rd.
New Orleans, LA 70128
Email: dmajsnead@aol.com