UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 20-80 |
| TANYA GIVENS | SECTION I |

### ORDER

Considering the motion[1] to withdraw counsel,

**IT IS ORDERED** that the motion is **GRANTED**. Jim Holt is **WITHDRAWN** as counsel of record for the above-captioned defendant.

New Orleans, Louisiana, July 5, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 619.