UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 20-80 |
| v. | * | SECTION: "I" |
| TANYA GIVENS | * | |

\* \* \*

### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### MOTION FOR EARLY TERMINATION OF PROBATION

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully submits this response in opposition to defendant Tanya Givens' ("Givens") Motion for Early Termination of Probation.

Givens was placed on a term of probation for 60 months on March 1, 2023, after her conviction for Conspiracy to Commit Mail Fraud in connection with her participation in a staged collision scheme. Rec. Doc. 561. On April 18, 2025, Givens filed a motion for early termination of probation. Rec. Doc. 730. On May 6, 2025, the undersigned Assistant U.S. Attorney contacted Givens' probation officer, U.S. Probation Officer Ailen Ruiz Gonzalez ("Officer Gonzalez"), to discuss the motion. Officer Gonzalez reported that she opposes Givens' motion for early termination of release from probation.

The government would note that even though one year has passed since Givens began her term of probation, termination is not a given and should only be granted if the court is satisfied that such action is warranted by the conduct of the defendant and the interest of justice. *See* 18 U.S.C. § 3564(c). "Courts have generally held that something more than compliance with the terms of probation is required to justify early termination; early termination is usually granted only in cases involving changed circumstances, such as exceptionally good behavior." *United States v.*

*Smith*, No. 10- 53, 2014 WL 68796, at *1 (S.D. Miss. Jan. 8, 2014) (denying early termination of probation because defendant failed to present exceptional or changed circumstances and instead "demonstrates only that he has complied with the terms of his probation and maintained employment"). Here, Officer Gonzalez has reported that Givens only recently started working and her restitution payment history has been inconsistent and less than the monthly amount ordered by the Court. In sum, there are no compelling reasons present for early termination at this time.

Accordingly, the government joins in the opposition by U.S. Probation to the defendant's motion for early termination of probation.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY


/s/ *Edward J. Rivera*
EDWARD J. RIVERA
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3163
E-Mail: edward.j.rivera@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that a copy has been sent by U.S. mail to defendant Tanya Givens, 5058 N. Bayou Black Drive, Gibson, Louisiana 70356.

/s/ *Edward J. Rivera*
EDWARD J. RIVERA
Assistant United States Attorney